UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: CNO FINANCIAL GROUP, INC. DATA INCIDENT LITIGATION ) ) ) | Master File No. 1:24-cv-00275-RLY-MG |
| This Document Relates To: All Actions ) ) | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR CONSOLIDATION OF CASES AND FOR APPOINTMENT OF INTERIM CLASS COUNSEL

This matter is before the Court on the Motion for Consolidation and Appointment of Interim Class Counsel ("Motion") under Federal Rules of Civil Procedure 42 and 23 and Local Rule 42-1 by Plaintiffs in five related cases, *Esther Hicks, et al v. CNO Financial Group, Inc. and Washington National Insurance Company,* No. 24-cv-00275-RLY-MG ("*Hicks*"), *Konnie Harrington, et al. v. Washington National Insurance Company,* No. 24-cv-000282-MPB-MJD ("*Harrington*"), *Renae Alison, et al. v. Bankers Life and Casualty Company and CNO Financial Group, Inc.*, No. 24-cv-00330-JMS-MJD ("*Alison*"), *Belinda Arnold, et al. v. CNO Financial Group, Inc. and Bankers Life and Casualty Company,* No. 24-cv-00334-JRS-MJD ("*Arnold*"), and *Barbara Kuehni et. al v. CNO Financial Group, Inc. and Bankers Life and Casualty Company,* No. 24-cv-00360-JRS-MJD ("*Kuehni*").

For the reasons in Plaintiffs' Motion, to ensure consistent and efficient adjudications in this Court and conserve the resources of the Court and the parties, and for other good cause shown, the Court hereby GRANTS the Motion, and issues the following orders:

1.  The *Hicks, Harrington, Alison, Arnold,* and *Kuehni* actions currently pending in this District, and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated for pre-trial

1

purposes and trial proceedings pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 42-1 before the Honorable Richard L. Young (hereafter the "Consolidated Action").

2. All papers filed in the Consolidated Action shall be filed under Case No. 1:24-cv-00275-RLY-MG, the number assigned to the first-filed case and reflect the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **IN RE: CNO FINANCIAL GROUP, INC. DATA INCIDENT LITIGATION**  )  )  )  ) | **Master File No. 1:24-cv-00275-RLY-MG** |
| **This Document Relates To:**  )  ) | |

3. The case file for the Consolidated Action will be maintained under Master File No. 1:24-cv-00275-RLY-MG. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, *e.g.*, "No. 1:24-cv-00330-JMS-MJD ("*Alison*").".

4. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action, shall be consolidated with the Consolidated Action for pre-trial purposes. The Parties shall file a "Notice of Related Action" whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District.

5. If the Court determines that the case is related, the clerk shall:

    a. Place a copy of this Order in the separate file for such action;

  b. Serve on Plaintiffs' counsel in the new case a copy of this Order;

  c. Direct that this Order be served upon defendant(s) in the new case; and

  d. Make an appropriate entry in the Master Docket.

6.  The Court appoints Attorney Lynn A. Toops of Cohen & Malad, LLP as Interim Class Counsel in the Consolidated Action. The Court bases this appointment on Ms. Toops' qualifications and credentials as set forth in Plaintiffs' Memorandum in Support of Consolidation and for Appointment of Interim Class Counsel and on the agreement of all Plaintiffs' counsel.

7.  Plaintiffs shall file a Consolidated Complaint no later than twenty-eight (28) days following the entry of this Order.

The Clerk is directed to docket this entry in the following cases that are to be closed:

  1:24-cv-00282-MPB-MJD Harrington v. Washington National Insurance Company

  1:24-cv-00360-MPB-MJD Kuehni v. CNO Financial Group, Inc. et al

  1:24-cv-00330-JMS-MJD Alison v. Bankers Life and Casualty Company, et al

  1:24-cv-00334-JRS-MJD Arnold v. CNO Financial Group, Inc. et al

SO ORDERED this 24th day of April 2024.

              RICHARD L. YOUNG, JUDGE
              United States District Court
              Southern District of Indiana

Distributed Electronically to Registered Counsel of Record